

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00127-CV

In the Interest of E. A., H. A. and Z. A., Minor Children

On appeal from the
214th District Court of Nueces County, Texas
Trial Cause No. 2016-FAM-6272-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed without prejudice. The Court orders the appeal DISMISSED WITHOUT PREJUDICE in accordance with its opinion. Costs of the appeal are adjudged against appellant although he is exempt from payment due to his affidavit of inability to pay costs.

We further order this decision certified below for observance.

June 7, 2018